IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS F. RUSSELL and
DONNA A. RUSSELL,

      Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

      Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-358-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Mortgage Electronic Registration Systems, Inc., dismissing this case with prejudice.

_____       1/30/12
Peter Oppeneer, Clerk of Court          Date