## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS F. RUSSELL and
DONNA A. RUSSELL,

                                                JUDGMENT IN A CIVIL CASE

       Plaintiffs,

                                                11-cv-358-bbc

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

       Defendant.

---

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Mortgage Electronic Registration Systems, Inc., dismissing this case with prejudice.

_____     _____
Peter Oppeneer, Clerk of Court           1/30/12
                                                           Date